# OSBORN LAW P.C.

Daniel A. Osborn, Esq. — dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. — ltrust@osbornlawpc.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024

August 15, 2024

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> August 15, 2024

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Krell v. Commissioner of Social Security*
             Civil Action No. 1:24-cv-03939-BCM

Dear Judge Moses,

    We write on behalf of our client, Steven Michael Krell, with the consent of the defense, to request additional time to file his motion for judgment on the pleadings which is currently due on August 21, 2024 per the Court's May 22, 2024 Standing Order. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently is recovering from surgery.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **November 19, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **January 20, 2025**; and

- Plaintiff to file his reply, if any, on or before: **February 3, 2025.**

Honorable Barbara C. Moses
August 15, 2024
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)